# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ROBERT SANDERS**

vs.                              NO. 3:05CV00183 GTE

**CIBA SPECIALTY CHEMICALS CORPORATION**
**and AETNA LIFE INSURANCE COMPANY**

### ORDER OF DISMISSAL

The parties have advised the Court that this case has been fully compromised and settled by the Plaintiff and the Defendants.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case be, and it is hereby, dismissed with prejudice.

SO ORDERED this 22nd day of May, 2006.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE